UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIKRI BAYRAMOGLU, | ) | CASE NO. CV 09-8376-PSG (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| SUPREME COURT OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:    November 23, 2009            .

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\cv 09-8376 Judgment.wpd